AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

SEALED

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | 3:20-mj- 00233 |
| | ) | |
| Alexandra Eutin | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____July 16, 2020____ in the county of ____Multnomah____ in the

_____ District of ____Oregon____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 231(a)(3) | Civil Disorder - Intentionally Obstructing, Impeding, Interfering with Law Enforcement Officers Engaged in Official Duties |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Brendan Dennard

☑ Continued on the attached sheet.

/s/ Brendan Dennard
*Complainant's signature*

FBI Special Agent Brendan Dennard
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __7:48__ a.m./p.m.

Date: __September 4, 2020__

Judge's signature

City and state: ____Portland, Oregon____     Hon. Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*

DISTRICT OF OREGON, ss:                    AFFIDAVIT OF BRENDAN M. DENNARD

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Brendan M. Dennard, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.      I am a Special Agent (SA) with the FBI and have been so employed for nine

years.  I am currently assigned to a squad that is responsible for investigating violent crime,

fugitive apprehensions, and crimes against children.  In 2011, I successfully completed 21 weeks

of training at the FBI Academy located in Quantico, Virginia.  During that time, I was taught the

use and practical application of various investigative techniques that Federal law enforcement

officers are allowed to employ.

2.      Prior to my current squad assignment, I was tasked with coordinating the FBI-led

Safe Streets Metro Gang Task Force (MGTF) and had done so for five plus years.  Prior to that, I

was part of the Clackamas County Sheriff's Office Inter-Agency Task Force and had been

assigned for approximately a year and a half.  As a member of these task forces, as well as my

current assignment, I have been empowered under Title 18, United States Code, Sections 3052

and 3053, and Rule 4 of the Federal Rules of Criminal Procedure, to conduct investigations and

make arrests for federal criminal offenses, including violations of 18 U.S.C. § 231(a)(3) (civil

disorder – obstruction of law enforcement); 18 U.S.C. § 231(a)(1) (civil disorder - incendiary

device); 18 U.S.C. § 844(f)(1) (arson); 18 U.S.C. § 2101 (riot); and 18 U.S.C. § 371

(conspiracy).

3.      I submit this affidavit in support of a criminal complaint and arrest warrant for

ALEXANDRA EUTIN, for civil disorder in violation of 18 U.S.C. § 231(a)(3).  As set forth

below, there is probable cause to believe, and I do believe, that EUTIN struck a Portland Police

Bureau Officer's head and helmet with a piece of wood for the intended purpose of obstructing, impeding, or interfering in a violent manner with such law enforcement officer; that she did so knowingly and willfully; and that she did so during a civil disorder that adversely affected interstate commerce.

## Applicable Law

4.      Title 18 U.S.C. § 231(a)(3) provides that "whoever commits or attempts to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to an during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce . . . shall be fined under this title or imprisoned not more than five years or both."  The term "civil disorder" means "any public disturbance involving acts of violence by assemblages of three or more persons, which causes an immediate danger of or results in damage or injury to the property or person of any other individual."

## Statement of Probable Cause

5.      During the evening of July 16, 2020, approximately a couple hundred people gathered in the general vicinity of PPB's Southeast precinct, located on the 4700 block of East Burnside Street in Portland, Oregon.  Once the group arrived at Southeast Precinct, they gathered on East Burnside Street blocking all lanes of traffic.  For about an hour, the group shined flashlights and lasers at officers standing outside the precinct.  The group was asked by the PPB sound truck to remain peaceful.

**Page 2 – Affidavit of BRENDAN M.
DENNARD**                                                **USAO Version Rev. April 2018**

6.    At approximately 9:52 p.m., the group began making statements about wanting to enter Southeast Precinct and burn down the property. The group was admonished by the sound truck and told not to enter the property or they would be subject to arrest or use of force. The group continued to stand in the street and started a small fire on East Burnside Street. Other members of the group disregarded the messages given by the sound truck and crossed onto Southeast Precinct property.

7.    At 11:45 p.m., an unlawful assembly was declared due to several people in the crowd committing criminal activity.  The criminal activity consisted of throwing rocks, bottles, and sticks, as well as pointing green lasers at officers.

8.    A PPB Officer (Officer #1) was part of a cadre of officers making arrests at that time.  He was wearing markings on his clothing that clearly identified him as a police officer. While attempting to make an arrest, Officer #1 was on the ground only a few feet from where EUTIN was standing.  EUTIN witnessed Officer #1 attempting to make this arrest.  EUTIN had a makeshift sign/shield made out of wood and hoses in her hand that she raised up and struck Officer #1 with on top of his head/helmet.  Another PPB Officer (Officer #2) witnessed EUTIN's assault on Officer #1, which was also an attempt to obstruct, impede, or interfere with the arrest Officer #1 was attempting.  Officer #2 arrested EUTIN.

## Conclusion

9.    Based on the foregoing, I have probable cause to believe, and I do believe, that ALEXANDRA EUTIN knowingly, willfully and intentionally obstructed, impeded, and interfered with a law enforcement officer who was engaged in the lawful performance of his

duties when EUTIN struck a Portland Police Bureau Officer's head and helmet with a piece of wood; these actions took place during a civil disorder that adversely affected interstate commerce in violation of 18 U.S.C. § 231(a)(3).  I therefore request that the Court issue a criminal complaint and arrest warrant for EUTIN.

10.     Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Thomas Ratcliffe.  AUSA Ratcliffe advised me that, in his opinion, the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

## Request for Sealing

11.     I respectfully request that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrant. I believe that sealing these documents is necessary because any disclosure of the information at this time may endanger the life or physical safety of an individual, cause flight from prosecution, or otherwise seriously jeopardize an investigation, including the planned arrest of the defendant.

**/s/ Brendan Dennard**
Brendan Dennard
Special Agent
Federal Bureau of Investigation

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at _7:48pm_ on September __4_ , 2020.

_____
HONORABLE JOLIE A. RUSSO
United States Magistrate Judge

**Page 4 – Affidavit of BRENDAN M. DENNARD**                    **USAO Version Rev. April 2018**