John J. Kolego, OSB No. 850570
E-mail: Johnkolego@yahoo.com
Kolego & Kraushaar, Attorneys at Law, Inc.
834 Pearl Street, Suite 101
Eugene, Oregon 97401
Office: #(541)484-1066
Fax:    #(541)344-4151

Attorney for Alexandra Eutin

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>ALEXANDRA EUTIN,<br><br>                Defendant. | **Case No. 3:20-cr-00459-SI**<br><br>**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |

**COMES NOW** the Defendant Alexandra Eutin, by and through her attorney, John J. Kolego (OSB #850570), who hereby moves this Court for an order continuing the trial for this case, currently scheduled on March 30, 2021 at 9:00 a.m. to after March 20, 2022.

Defendant further moves for an order allowing excludable delay pursuant to 18 U.S.C. § 3161(h)(7)(A) on the grounds that the ends of justice served by granting this continuance are outweigh the community and defendant's interest in a speedy trial.

**UNOPPOSED MOTION TO CONTINUE TRIAL**
JOHN J. KOLEGO
KOLEGO & KRAUSHAAR
ATTORNEYS AT LAW, INC.
834 PEARL STREET, SUITE 101, EUGENE, OREGON 97401
OFFICE: #541.484.1066 ~ FAX: #541.344.4151
JOHNKOLEGO@YAHOO.COM

PAGE 1 OF 2

Failure to grant such a continuance would deny counsel for the defendant and counsel for the government reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Assistant United States Attorney Thomas S. Ratcliffe does not object and joins me in this motion.

The motion is supported by the attached Declaration of counsel filed herewith.

DATED: March 17, 2021.

> */s/ John J. Kolego*
> John J. Kolego, OSB #850570
> Office: #(541) 484-1066
> Fax:    #(541) 344-4151
> Johnkolego@yahoo.com
> Attorney for Defendant, Alexandra Eutin

**UNOPPOSED MOTION TO CONTINUE TRIAL**
JOHN J. KOLEGO
KOLEGO & KRAUSHAAR
ATTORNEYS AT LAW, INC.
834 PEARL STREET, SUITE 101, EUGENE, OREGON 97401
OFFICE: #541.484.1066 ~ FAX: #541.344.4151
JOHNKOLEGO@YAHOO.COM

PAGE 2 OF 2