John J. Kolego, OSB No. 850570
E-mail: Johnkolego@yahoo.com
Kolego & Kraushaar, Attorneys at Law, Inc.
834 Pearl Street, Suite 101
Eugene, Oregon 97401
Office: #(541)484-1066
Fax:     #(541)344-4151

Attorney for Alexandra Eutin

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALEXANDRA EUTIN,

        Defendant.

**Case No. 3:20-cr-00459-SI**

**DECLARATION IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE**

I, John J. Kolego (OSB #850570), declare under penalty of perjury, that the following statements are true to the best of my knowledge, information and belief:

1. I am counsel for the defendant, Alexandra Eutin, in the above-captioned matter.

**DECLARATION IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL**

**JOHN J. KOLEGO**
**KOLEGO & KRAUSHAAR**
**ATTORNEYS AT LAW, INC.**
**834 PEARL STREET, SUITE 101, EUGENE, OREGON 97401**
**OFFICE: #541.484.1066 ~ FAX: #541.344.4151**
**JOHNKOLEGO@YAHOO.COM**

PAGE 1 OF 3

2. I make this declaration in support of our unopposed motion to continue trial, currently scheduled on March 30, 2021at 9:00 a.m. and re-scheduled after March 20, 2022.

3. Defendant is charged with Civil Disorder.

4. Defendant has reached an agreement with the Government for a Deferred Resolution Agreement wherein the parties will postpone Trial until after March 20, 2022. Additionally, Defendant will perform 30 hours of community service and conduct herself as a peaceful, law-abiding citizen.

5. The Government will not oppose a motion to eliminate the curfew provisions from the Defendant's release conditions.

6. At the end of one year, if Ms. Eutin has complied with all the requirements of the Deferred Resolution Agreement, this case will be dismissed with prejudice.

7. Defendant is not in custody.

8. Defendant and I have discussed her rights under the Speedy Trial Act. Miss Eutin told me, in essence, that she understands his right to a speedy trial, but that she also understands the need for adequate preparation. She has therefore consented to the delay of her trial.

9. Assistant United States Attorney Thomas S. Ratcliffe does not object and joins me in this motion.

/ / /

**DECLARATION IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL**

JOHN J. KOLEGO
KOLEGO & KRAUSHAAR
ATTORNEYS AT LAW, INC.
834 PEARL STREET, SUITE 101, EUGENE, OREGON 97401
OFFICE: #541.484.1066 ~ FAX: #541.344.4151
JOHNKOLEGO@YAHOO.COM

PAGE 2 OF 3

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 17th day of March, 2021.

DATED: March 17, 2021.

                                          */s/ John J. Kolego*
                                          John J. Kolego, OSB #850570
                                          Office: #(541) 484-1066
                                          Fax:    #(541) 344-4151
                                          Johnkolego@yahoo.com
                                          Attorney for Defendant, Alexandra Eutin

**DECLARATION IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL**
                                          JOHN J. KOLEGO
                                          KOLEGO & KRAUSHAAR
                                          ATTORNEYS AT LAW, INC.
834 PEARL STREET, SUITE 101, EUGENE, OREGON 97401
OFFICE: #541.484.1066 ~ FAX: #541.344.4151
JOHNKOLEGO@YAHOO.COM
                                                                                                  PAGE 3 OF 3