SCOTT ERIK ASPHAUG, OSB #833674
United States Attorney
District of Oregon
**THOMAS S. RATCLIFFE, ILSB #6243708**
Assistant United States Attorney
Thomas.Ratcliffe@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00459-SI |
| v. | MOTION TO DISMISS WITH PREJUDICE |
| ALEXANDRA EUTIN, | |
| Defendant. | |

The government moves the Court for an Order under Fed. R. Crim. P. Rule 48(a) to dismiss with prejudice the indictment against Defendant, in the best interests of justice. Defendant has successfully complied with the terms of the Deferred Resolution Agreement, including performing at least 30 hours of community service.

Dated: March 9, 2022

Respectfully submitted,

SCOTT ERIK ASPHAUG
United States Attorney

*/s/ Thomas S. Ratcliffe*
THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney

**Motion to Dismiss with Prejudice**                                              Page 1
Revised February 2021